IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RUSSO, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TRANS UNION, LLC, *et al.*, *Defendants* | : : | No. 19-4007 |

### ORDER

AND NOW, this 24th day of August, 2020, upon consideration of the Motion to Compel Arbitration and Stay Proceedings filed by Discover Bank, improperly named as "Discover Financial Services" (Doc. No. 47), the response in opposition (Doc. No. 49), Discover Bank's Motion to Stay Discovery Pending Decision on its Motion to Compel Arbitration (Doc. No. 48), the response in opposition (Doc. No. 50), and the parties' supplemental briefing filed pursuant to the Court's order dated June 16, 2020 (Doc. Nos. 53, 57), it is **ORDERED** that:

1. Discover Bank's Motion to Stay Discovery as to Discover Bank (Doc. No. 48) is **DEEMED MOOT** for the reasons set forth in the accompanying Memorandum;

2. Discover Bank's Motion to Compel Arbitration and Stay Proceedings (Doc. No. 47) is **GRANTED** for the reasons set forth in the accompanying Memorandum;

3. Plaintiff shall submit his claims to arbitration within 30 day of the date of this Order;

4. Plaintiff's claim against Discover Bank shall be **STAYED** pending further order of this Court; and

1

5. Plaintiff and Discover Bank shall submit to the Court joint status reports on the progress of the arbitration proceeding every sixty (60) days.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE